### In re PBS BUILDING SYSTEMS, INC., Debtor.

### PBS Building Systems, Inc., Plaintiff–Appellee,

v.

### ACSTAR Insurance Company, Defendant–Appellant.

### No. 99–56528.
### D.C. No. CV–98–886–DOC.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 6, 2001.

Decided March 26, 2001.

Before HUG, B. FLETCHER, Circuit Judges, and ILLSTON, District Judge [*].

### MEMORANDUM [**]

Appellant ACSTAR Insurance Company appeals the district court's judgment affirming the orders of the bankruptcy court granting summary judgment and awarding attorney's fees to PBS Building Systems, Inc. We have jurisdiction under 28 U.S.C. § 158(d). We affirm for the reasons stat-

---

[*] The Honorable Susan Y. Illston, United States District Judge for the Northern District of California, sitting by designation.

ed in the thorough and well-reasoned order of Judge David O. Carter.

PBS Building Systems requests fees for the appeal to our court. We grants its request and transfer to the district court to set the amount.

AFFIRMED.

---

[1]. The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

[2]. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.